IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02508-REB-OES

RONALD L. RICE,

Plaintiff(s),

vs.

COMCOR, INC., a Colorado corporation,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
DATED: July 1, 2005

The Joint Motion to Vacate and Reschedule Settlement Conference and to Permit Insurance Adjuster to Appear Telephonically [filed June 30, 2005] is GRANTED. The settlement conference of July 11, 2005, is VACATED and RESET to **September 13, 2005**, at the hour of 3:00 p.m. Defendant's insurance agent shall be granted leave of Court to attend this conference telephonically.